716

ant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Holloway, Appellant.

Submitted September 8, 1969. *Elizabeth Langford Green* and *Melvin Dildine*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Holloway, Appellant.

Submitted September 12, 1969. *John W. Packel*, and *Melvin Dildine*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hyers, Appellant.